IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANN MIKO,<br><br>                    Plaintiff,<br><br>   vs.<br><br>LINCOLN FINANCIAL GROUP,<br><br>                    Defendant. | 8:14CV3188<br><br>ORDER |

This matter is before the court the motion (Filing No. 6) and amended motion (Filing No. 7) of the law firm of Smith Gardner Slusky Law, LLP and its attorneys to withdraw as counsel for the plaintiff.  The moving attorneys indicate they have discussed their motion with the plaintiff who does not oppose and who has already begun seeking alternative counsel.  Accordingly, the motions are granted.

**IT IS ORDERED**:

1. Smith Gardner Slusky Law, LLP's motion (Filing No. 6) and amended motion (Filing No. 7) to withdraw are granted.  The Clerk of Court shall discontinue any notice of this case to withdrawing counsel.

2. The plaintiff is hereby considered proceeding *pro se* and counsel for the defendant may communicate with the plaintiff directly regarding this case.

3. The plaintiff shall have additional time, until **February 5, 2015**, to file proof of service of process upon the defendant in compliance with Federal Rule of Civil Procedure 4(m).

4. The Clerk of Court shall provide a copy of this order to the plaintiff at the plaintiff's last known address:

    Ann Miko
    6504 North 77th Street
    Omaha, NE  68112

Dated this 24th day of December, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge