IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANN MIKO,<br><br>      Plaintiff,<br><br>vs.<br><br>LINCOLN FINANCIAL GROUP,<br><br>      Defendant. | 8:14CV3188<br><br>ORDER OF DISMISSAL |

Before the court is the Findings and Recommendation of United States Magistrate Judge Thomas D. Thalken, Filing No. 10, recommending that this court dismiss this case due to plaintiff's failure to proceed against the defendant by service of the summons or any other action.

No objection has been filed to the Findings and Recommendation. Pursuant to NECivR 41.2, the court has conducted a de novo review of the record and adopts the Findings and Recommendation in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

(1) The findings and recommendation, Filing No. 10, is adopted in its entirety; and

(2) This case is dismissed, without prejudice, for plaintiff's failure to prosecute.

Dated this 18th day of May, 2015.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge